# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

ROY TAYLOR                                    CIVIL ACTION NO. 05-2041-P

VERSUS                                        JUDGE WALTER

WARDEN BURL CAIN                              MAGISTRATE JUDGE HORNSBY

## ORDER

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has previously filed an application for writ of habeas corpus attacking the conviction challenged herein. The previous application was denied on the merits on August 9, 2002. See Taylor v. Warden, 02-cv-523.

Before petitioner can proceed with the instant application, he must move in the United States Court of Appeals for the Fifth Circuit for an order authorizing the district court to consider the application. 28 U.S.C. §2244(b)(3).

Accordingly;

**IT IS HEREBY ORDERED** that this action is stayed for a period of sixty (60) days. Petitioner's failure to obtain authorization within that time from the United States Court of Appeals for the Fifth Circuit to proceed with this action will result in this action being stricken.

**THUS DONE AND SIGNED**, in chambers, at Shreveport, Louisiana, on this the 6th day of March 2006.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE